# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TERRICA BAKER**                                                         **PLAINTIFF**

v.                 **CASE NO. 3:17-CV-00025 BSM**

**ALBERT WRIGHT, et al.**                                         **DEFENDANTS**

## ORDER

This case is dismissed *sua sponte* because the complaint [Doc. No. 1] is not signed by plaintiff Terrica Baker and none of the allegations contained in the complaint allege any of the defendants violated Baker's constitutional rights. Indeed, the complaint only alleges that another individual, Terrell Harrell, was wrongfully convicted in Arkansas state court.

Accordingly, Baker's complaint is dismissed without prejudice.

IT IS SO ORDERED this 17th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE