IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRICA BAKER**                                                                      **PLAINTIFF**

v.                              **CASE NO. 3:17-CV-00025 BSM**

**ALBERT WRIGHT, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 17th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE